FILE COPY



# COURT OF APPEALS
## SEVENTH DISTRICT OF TEXAS
## AMARILLO

## MANDATE

THE STATE OF TEXAS

To the County Court of Ochiltree County, Greeting:

BEFORE our Court of Appeals for the Seventh District of Texas, on January 6, 2014, the cause upon appeal to revise or reverse your judgment between

Brandi Nicole West

v.    No. 07-13-00318-CR    And    Trial Court No. 19,805

The State of Texas

was determined and therein our said Court made its order in these words:

It is ordered, adjudged and decreed that the appeal is abated and the cause is remanded to the County Court of Ochiltree County, Texas for further proceedings in accordance with this Court's opinion entered this day.

WHEREFORE, WE COMMAND YOU to observe the order of said Court of Appeals for the Seventh District of Texas, in this behalf, and in all things to have it duly recognized, obeyed and executed.

WITNESS, the Honorable Justices of our said Court, with the seal thereof annexed, at the City of Amarillo on January 6, 2014.

PEGGY CULP, CLERK

*Peggy Culp*